ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 17 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIANE ROBINSON WILLIAMS,

    Plaintiff,

v.

AFC ENTERPRISES, INC.,

    Defendant.

CIVIL ACTION NO.
**1:03-CV-3481**
**-RLV**

## NOTICE OF REMOVAL

Defendant AFC Enterprises, Inc. (hereinafter "AFC"), files this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq.* In support of this Notice of Removal, AFC shows the Court as follows:

### 1. Venue

In accordance with 28 U.S.C. § 1441(a), venue lies in the United States District Court for the Northern District of Georgia, Atlanta Division, in that the state court action was filed and is pending in the Magistrate Court of Gwinnett County, Georgia, which is within this judicial district and division.

### 2. Preliminary Statement of Claims

AFC is a corporate defendant in this civil action filed by Plaintiff Diane Robinson Williams in the Magistrate Court of Gwinnett County, Georgia, captioned as follows: Diane Robinson

-1-

Williams v. AFC Enterprises, Inc., Case No. 03-M-24778. The Complaint appears on its face to assert a statutory claim alleging discrimination on the basis of her sex and retaliation in violation of Title VII of the Civil Rights Act of 1964 as amended. 42 U.S.C. § 2000e et seq.

### 3. Basis for and Timeliness of Removal and Answer

There exists a claim arising under the laws of the United States. Plaintiff's Complaint alleges claims of sex discrimination and retaliation which on their face arise out of an alleged violation of Title VII. Accordingly, original jurisdiction lies in the District Courts of the United States as provided for in 28 U.S.C. § 1331.

AFC's agent was served with the Summons and Complaint on October 17, 2003. AFC files this Notice of Removal within thirty (30) days after receipt through service of a copy of the Summons and Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired. Attached hereto as "Attachment 1" are true and correct copies of all process, pleadings, and orders served upon AFC in this action, as provided for by 28 U.S.C. § 1446(a). Defendant AFC's Answer to the verified Complaint is being filed contemporaneously with this Notice of Removal.

## 4. Federal Question

This Court has original jurisdiction of this matter because the Complaint on its face raises a federal question. The Complaint alleges sex discrimination and retaliation. Therefore, this action is removable to the United States District Court because it involves a civil action founded on a claim or right arising under the laws of the United States. 28 U.S.C. § 1331; 28 U.S.C. § 1441(b).

## 5. Proper Notice of Removal

AFC will this day serve written notice to Plaintiff of the filing of this Notice of Removal with this Court, as provided by 28 U.S.C. § 1446(d).

Finally, AFC will this day serve and file a true and correct copy of its Notice of Removal with the Clerk of the Magistrate Court of Gwinnett County, Georgia as provided by 28 U.S.C. § 1446(d), and a copy of the Notice to the Magistrate Court of Gwinnett County is attached hereto as "Attachment 2."

**WHEREFORE**, AFC hereby removes the above-styled civil action to this Court's jurisdiction.

DATED this 17th day of November, 2003.

Respectfully submitted,

_____
Frederick L. Warren
Georgia Bar No. 738350
Thomas L. McDaniel
Georgia Bar No. 488248

FORD & HARRISON LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA  30309
Telephone: (404) 888-3800        Attorneys for Defendant
Facsimile: (404) 888-3863        AFC Enterprises, Inc.

-4-

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DIANE ROBINSON WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AFC ENTERPRISES, INC.,<br><br>    Defendant. | CIVIL ACTION NO. _____ |

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing **NOTICE OF REMOVAL** complies with the font and point selections approved by this Court in Local Rule 5.1. It has been prepared in Courier New (12 point) and does not contain more than 10 characters per inch of type.

 

_____
ATTORNEYS FOR DEFENDANT
AFC ENTERPRISES, INC.

-5-



# EXHIBIT / ATTACHMENT

# 1

(To be scanned in place of tab)

**Corporation Service Company**
2711 Centerville Road Suite 400, Wilmington, DE, 19808
(888) 690-2882    sop@cscinfo.com

United States Corporation Company                    The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

| | |
|---|---|
| **Date Processed:** 17-OCT-03 | **Transmittal #:** GA1885260P    ALL |

**To:** CHRISTINE MACIVER
AFC ENTERPRISES, INC.
SUITE 1700
SIX CONCOURSE PARKWAY
ATLANTA GA 30328

OCT 20

**Redirect sent to:**
HEATHER FEENAN

**TYPE OF REPRESENTATION:** Statutory

*We enclose the following documents which were served upon:*
    The Prentice-Hall Corporation System, Inc.
*as registered agent in* Georgia    *for*
    AFC ENTERPRISES, INC. (ID#: 0411496)
*Documents were served on 17-OCT-03    via Personal Service*    ID#: N/A

**Title of Action:** DIANE ROBINSON WILLIAMS            **Case #:** 03M24778
    **vs.** AFC ENTERPRISES, INC.
    **Court:** MAGISTRATE COURT OF GWINNETT COUNTY, GA.
**Nature of Case:** Discrimination

| | | |
|---|---|---|
| X  Summons | ___ Notice of Mechanic's Lien | ___ A self-addressed stamped |
| ___ Complaint | ___ Notice of Attorney's Lien | envelope enclosed |
| ___ Garnishment | ___ Notice of Default Judgment | ___ Duplicate copies of the Notice |
| ___ Subpoena | | and Acknowledgement enclosed |

X  Other: STATEMENT OF CLAIM, ETC.

**Answer Due:** WITHIN 30 DAYS
**Documents Sent:** Federal Express        **ID#:**
**Call Placed:** No call placed        **Spoke to:** N/A
**Comments:** N/A

**Attorney for Claimant:**
    DIANE ROBINSON WILLIAMS
    140 PINE STREET
    APT. 408
    ATLANTA, GA. 30308

Form Prepared By: Jenna Rowberry

Original Client Copy - for your records

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

Civil Action No. 03-M-7-1478

Date Filed 10-06-03

Attorney of Plaintiff/Agency Name*

Diane Rebecca Williams
140 Pine Street Apt. 408
Atlanta, GA 30308

Name and address of person to be served

[illegible]

PLAINTIFF

vs

DEFENDANT

GARNISHEE

SHERIFF DOCKET ____ PAGE ____

Magistrate Court
State Court
Superior Court

55.00

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA**

Diane Robinson Williams
140 Pine Street Apt 408
Atlanta GA 30308
                                                 Plaintiff(s)

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 03M24778

vs.

AFC Enterpises Inc.
Six Concourse
Atlanta GA 30328
                                                 Defendant(s)

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@courts.co.gwinnett.ga.us

## STATEMENT OF CLAIM

Telephone (Daytime number if known, otherwise, evening number)

[X] Suit on a Note    [ ] Suit on Account    [ ] Other

1. The Court has jurisdiction over the defendant because: [X] the Defendant is a resident of Gwinnett County; or [ ] other (please specify)

2. Plaintiff claims the Defendant is indebted to the Plaintiff as follows:
I report being sexually harassed by my G.M., Night Shift manager. I was harassed and discharge from the Raymond Wekuteka, and Geri Stagg-Moore, people service consultant, and William Jackson, District Manger. I believe I have been discriminated against because of my sex (Female) and in retaliation opposing unlawful employ practices, and my claim on my wage too.

3. That said claim is in the amount of: $ 15,000. principal, $ _____ interest, plus $ 55.00 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Diane Robinson Williams being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

____ day of Oct 20 03

Plaintiff or Agent
Diane Robinson William
Diane R. Williams

(If Agent – Title or Capacity)

Day Time Phone Number 678-857-4664

Notary Public/Attesting Official

I request a [X] 1:00 p.m. Trial -OR- [ ] 6:30 p.m. Trial. ALL CONFLICTS WILL BE SET FOR 6:30 P.M. Trials.

### NOTICE AND SUMMONS

**TO: All Defendant(s)**
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA [30045-6900], at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 6th day of October 20 03   _____
                                       Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This Document

# EXHIBIT / ATTACHMENT

## 2

(To be scanned in place of tab)

IN THE MAGISTRATE COURT
OF GWINNETT COUNTY
STATE OF GEORGIA

DIANE ROBINSON WILLIAMS,

    Plaintiff,

v.

AFC ENTERPRISES, INC.,

    Defendant.

CIVIL ACTION NO. 03-M-24778

**NOTICE OF FILING OF NOTICE OF REMOVAL
DIRECTED TO MAGISTRATE COURT OF GWINNETT COUNTY**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1446(d), the Defendant AFC Enterprises, Inc. did on this date file in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of this civil action to said Court. Copies of this Notice and the Notice of Removal have been served on Plaintiff.

DATED this __17__ day of November, 2003.

Respectfully submitted,

_____
Frederick L. Warren
Georgia Bar No. 738350
Thomas L. McDaniel
Georgia Bar No. 488248

FORD & HARRISON LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA  30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Attorneys for Defendant
AFC Enterprises, Inc.

IN THE MAGISTRATE COURT
OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DIANE ROBINSON WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>AFC ENTERPRISES, INC.,<br><br>     Defendant. | CIVIL ACTION NO. 03-M-24778 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing **Notice of Filing of Notice of Removal Directed to Magistrate Court of Gwinnett County** to the following via U.S. Mail, postage prepaid, on November _17_, 2003:

    Diane Robinson Williams
    140 Pine Street
    Apt. 408
    Atlanta, GA 30308
    (678) 851-4664

                                         _/s/ Frederick A.[illegible]_
                                        ATTORNEYS FOR DEFENDANT
                                        AFC ENTERPRISES, INC.

Atlanta:332357.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANE ROBINSON WILLIAMS, | |
|     Plaintiff, | |
| v. | CIVIL ACTION NO. _____ |
| AFC ENTERPRISES, INC., | |
|     Defendant. | |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing **NOTICE OF REMOVAL** to the following via U.S. Mail, postage prepaid, on November 17, 2003:

    Diane Robinson Williams
    140 Pine Street
    Apt. 408
    Atlanta, GA 30308
    (678) 851-4664

_/s/ Frederick J. Whren_
ATTORNEYS FOR DEFENDANT
AFC ENTERPRISES, INC.

Atlanta:332294.1